(9 Misc. Rep. 223.)

### MAHON v. BURNS.

(City Court of New York, General Term.    June 20, 1894.)

MASTER AND SERVANT—LIABILITY FOR ACTS OF CONTRACTOR.
    The owner of a tenement house who contracted with a third person to tile a floor of the hall way is not liable for injuries to a person passing through the hall way, caused by the negligence of the contractor.

Appeal from trial term.
Action by Josephine Mahon against Patrick Burns for personal injuries. From a judgment dismissing the complaint, plaintiff appeals. Affirmed.
Argued before FITZSIMONS and CONLAN, JJ.

L. W. Redington, for appellant.
Joseph Steinert, for respondent.

FITZSIMONS, J. The defendant, the owner of a tenement house, contracted with one Nuse to tile the ground floor of his said house. While the work was being done, the plaintiff was injured by striking her leg against a beam which was used, in connection with other planking, to protect the newly-laid tile. She brings the action for the injuries sustained by her. The trial justice dismissed her complaint. The tiling of the hallway by defendant was a lawful transaction. He had a right to give the work to another as contractor, and was not liable for the negligence of the contractor or his agents. The plaintiff had knowledge of the fact that a con-

tractor, and not defendant, was actually doing the work in question. Her cause of action is against the contractor, and not the defendant. The complaint was therefore properly dismissed. See Maltbie v. Bolting, 6 Misc. Rep. 339, 26 N. Y. Supp. 903. Judgment is affirmed, with costs.